HARM DIRKSEN V. STATE OF NEBRASKA.

FILED MARCH 28, 1910.    No. 16,490.

Proceedings in Error: LIMITATIONS. "The supreme court has no
jurisdiction to review the proceedings and final judgment of the
district court in a criminal case, unless proceedings in error are
instituted therein within six months after the rendition of such
judgment." *Kock v. State,* 73 Neb. 354.

ERROR to the district court for Boyd county: WILLIAM
H. WESTOVER, JUDGE.  *Dismissed.*

*W. T. Wills,* for plaintiff in error.

*William T. Thompson, Attorney General,* and *George W. Ayres, contra.*

PER CURIAM.

March 4, 1909, a verdict was returned in the district
court for Boyd county finding the plaintiff in error guilty
of rape.  March 8, 1909, his motion for a new trial was
overruled and he was sentenced to imprisonment at hard
labor for six years in the state penitentiary.  December 6,
1909, he filed in the office of the clerk of this court a cer-
tified transcript of said judgment of conviction, and the
proceedings leading up thereto, his bill of exceptions of
the evidence adduced on his trial and a petition in error.
We are without jurisdiction to consider the petition for
the reason that the transcript was not filed in this court
within six months of the date of the plaintiff in error's
conviction, and it is evident that no action of any officer
of the district court or this court prevented him from
securing that transcript.  In fact the transcript was duly
certified by the clerk of the district court on the 10th day
of March, 1909.  *Kock v. State,* 73 Neb. 354.

The proceedings in error, therefore, are

DISMISSED.